UNITED STATES DISTRICT COURT IN THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940<br>Lead Case No. 08 C 2364<br><br>Hon. David H. Coar |

### NOTICE OF CHANGE OF LEAD MDL COUNSEL FOR DEFENDANTS SPIN MASTER, LTD., SPIN MASTER, INC. AND TARGET CORPORATION

Pursuant to the attached letter (Exhibit 1), lead counsel for Defendants Spin Master, Ltd., Spin Master, Inc., and Target Corporation before the Judicial Panel on Multidistrict Litigation has changed from John K. Sherk, Shook Hardy & Bacon LLP, 2555 Grand Ave., Kansas City, MO 64108-2613 to Thomas J. Wiegand, Winston & Strawn, LLP, 35 W. Wacker Drive, Chicago, IL 60601. This Court need not supply further notice of proceedings to Mr. Sherk.

Respectfully Submitted,

_____
WINSTON & STRAWN LLP
By: Thomas J. Wiegand

Attorneys for:
Spin Master, Ltd.
Spin Master, Inc.
Target Corporation
twiegand@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

_____
ATTORNEY FOR SPIN MASTER, LTD.,
SPIN MASTER, INC. AND TARGET
CORPORATION

# Exhibit 1

May 5, 2008

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

      Re:    **MDL No. 1940 - Notice of Change of Lead Counsel**

Dear Sir or Madam:

      This letter is to notify the Panel and all parties in the above-captioned litigation of a change in lead counsel for Defendants Spin Master, Ltd., Spin Master, Inc., and Target Corporation. Lead counsel John K. Sherk, Shook Hardy & Bacon LLP, 2555 Grand Ave., Kansas City, MO 64108-2613 is being replaced by Thomas J. Wiegand, Winston & Strawn, LLP, 35 W. Wacker Drive, Chicago, IL 60601.

      Respectfully submitted,

_____      _____

WINSTON & STRAWN LLP              SHOOK HARDY & BACON LLP
By:    Thomas J. Wiegand                By:    John K. Sherk
         35 West Wacker Drive                     2555 Grand Blvd.
         Chicago, IL 60610                           Kansas City, MO 64108-2613
         (312) 558-5947                                (816) 474-6550
         twiegand@winston.com                   jsherk@shb.com

Enclosure

## Certificate of Service

I, Thomas J. Wiegand, certify that on May 6, 2008 I sent a copy of the attached letter to all parties on the Panel Attorney Service List via e-mail to the addresses listed below.

_____
Thomas J. Wiegand

Ben Barnow
Barnow & Associates PC
b.barnow@barnowlaw.com
Attorney for Robyn Williams

Mila F. Bartos
Finkelstein Thompson LLP
mbartos@finkelsteinthompson.com
Attorney for Sandra Irene Soderstedt

Dana Gilreath
Clinton & Clinton
dgilreath@clinton-clinton.com
Attorney for Moose Enterprise Pty Ltd.

Laurence King
Kaplan Fox & Kilsheimer LLP
LKing@kaplanfox.com
Attorney for Kim A. Cosgrove

Ralph K. Phalen
phalenlaw@comcast.net
Attorney for Michael J. Burgess

Jack Reise
Coughlin Stoia Geller Rudman & Robbins LLP
jreise@csgrr.com
Attorney for Sara Bertanowski, Simon Bertanowski, and Anthony B. White

William N. Riley
Price Waicukauski & Riley LLC
wriley@price-law.com
Attorney for Eric K. Botsch

John K. Sherk
Shook Hardy & Bacon LLP
jsherk@shb.com
Attorney for Spin Master, Ltd., Spin Master, Inc. and Target Corporation

James Alex Streett
Streett Law Firm
james@streettlaw.com
Attorney for Donald C. Erbach, Jr. and Stephanie S. Streett