UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Case Number 1:08-cv-02364 |
| This Document Relates To: | Honorable David H. Coar |
| ALL ACTIONS. | |

PARTIES' JOINT SUBMISSION ON SCHEDULING

Pursuant to the Court's instruction during the April 30, 2008 status, and its May 5, 2008 Order, the parties to this action, consolidated by the Multidistrict Litigation Panel, have conferred and agreed upon the following schedule, which they jointly propose to the Court:

**I.    Discovery Schedule and Filing Deadlines**

A.    Plaintiffs' counsel shall file a consolidated complaint on or before May 30, 2008.

B.    Disclosures required by Rule 26(a)(1) shall be made by the parties on or before June 16, 2008.

C.    Defendants have until June 27, 2008, to answer or otherwise respond to the consolidated complaint. If any Defendant files a motion within that time to dismiss the consolidated complaint in whole or in part, Plaintiffs shall have up to July 25, 2008, to file a response and such Defendant(s) shall have until August 8, 2008, to file a reply memorandum.

D.    Any joinder of other parties shall be done on or before September 19, 2008, and amendments to pleadings shall be done on or before February 28, 2009.

E.    Plaintiffs to file their motion and memorandum seeking class certification on or before November 7, 2008. Defendants to file their oppositions to class certification on or before December 5, 2008, and Plaintiffs to file their reply memorandum on or before December 23, 2008. If Plaintiffs' opening motion and memorandum are supported by expert affidavit, then the filing date for Defendants' oppositions shall be extended 45 days so as to allow for the opportunity for the expert(s) to be deposed and a counter-expert(s) designated. If a Defendant's opposition is supported by expert affidavit, then the filing date for Plaintiffs' reply memorandum will be extended 45 days from what it otherwise would have been to allow for similar depositions and designations.

F.    Cutoff of fact discovery: July 31, 2009.

G.    Parties to disclose expert opinions pursuant to Rule 26(a)(2) on or before May 1, 2009.

H. Parties to disclose their respective rebuttal expert(s) pursuant to Rule 26(a)(2)(c) by June 30, 2009.

I. Any dispositive motions to be filed on or before August 29, 2009.

## II. Final Pretrial Order and Conference

The final pretrial order shall be filed on or before October 10, 2009.

## III. Pretrial Conference and Trial

The final pretrial conference and trial are to be set by the Court.

Respectfully submitted,

DATED: May 15, 2008            BARNOW AND ASSOCIATES, P.C.
BEN BARNOW

s/ Ben Barnow
BEN BARNOW

One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS J. O'REARDON II

s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

KAPLAN FOX & KILSHEIMER LLP
FREDRIC S. FOX

s/ Fredric S. Fox
FREDRIC S. FOX

850 Third Avenue, 14th Floor
New York, New York 10022
Telephone:  212/687-1980
212/687-7714 (fax)

- 2 -

- 3 -

FINKELSTEIN THOMPSON LLP
BURTON H. FINKELSTEIN

s/ Burton H. Finkelstein
BURTON H. FINKELSTEIN

1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202/337-8000
202/337-8090 (fax)

Plaintiffs' Interim Co-Lead Class Counsel

WINSTON & STRAWN LLP
RONALD Y. ROTHSTEIN
THOMAS J. WIEGAND
BRYNA J. DAHLIN

s/ Thomas J. Wiegand
THOMAS J. WIEGAND

35 West Wacker Drive
Chicago, Illinois 60601
Telephone: 312/558-5600
312/558-5700 (fax)

Attorneys for SPIN MASTER LTD., SPIN MASTER, INC. and TARGET CORPORATION

DAVID A. CLINTON
CLINTON & CLINTON

s/ David A. Clinton
DAVID A. CLINTON

100 Oceangate, 14th Floor
Long Beach, CA 90802
Telephone:  562/216-5000
562/216-5001(fax)

Attorneys for MOOSE ENTERPRISE PTY. LTD

- 4 -

Aron D. Robinson
The Law Office of Aron D. Robinson
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603

Scott R. Tack
Allen Allen & Tack
P.O. Box 1409
210 Chickasha Avenue
Chickasha, Oklahoma 73023

Lance A. Harke, P.A.
Sara Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130

Counsel for Plaintiff Robyn Williams

Paul J. Geller
Jack Reise
Stuart A. Davidson
James A. Davidson
Elizabeth A. Shonson
Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road, Suite 500
Boca Raton, Florida 33432-4809

John J. Stoia, Jr.
Rachel L. Jenson
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, California 92101

Adam Balkan
John Patterson
Balkan & Patterson, LLP
601 South Federal Highway, Suite 302
Boca Raton, Florida 33432

Counsel for Plaintiff Simon Bertanowski

Rosemary M. Rivas
Mark Punzalan
Finkelstein Thompson LLP
100 Bush Street, Suite 1450
San Francisco, California 94101

Mila F. Bartos
Tracy Rezvani
Karen J. Marcus
Rosalee B. Connell
Finkelstein Thompson LLP
1050 30th Street NW
Washington, DC 20007

Counsel for Plaintiff Sandra I. Soderstedt

Laurence D. King
Linda M. Fong
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, California 94104

Lori S. Brody
Kaplan Fox & Kilsheimer LLP
1801 Century Park East, Suite 1460
Los Angeles, California 90067

Elizabeth A. Fegan
Hagens Berman Sobol Shapiro LLP
820 North Boulevard, Suite B
Oak Park, Illinois 60301

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

Counsel for Plaintiff Kim A. Cosgrove

- 6 -

Ralph K. Phalen
Ralph K. Phalen Atty. At Law
1000 Broadway, Suite 400
Kansas City, Missouri 64105

David Spencer
McConagle Spencer, P.C.
105 East 5th Street, Suite 302
Kansas City, Missouri 64106

Counsel for Plaintiff Michael J. Burgess

Alex G. Streett
James A. Streett
Streett Law Firm, P.A.
107 West Main
Russellville, Arkansas 72811

Counsel for Plaintiff Donald C. Erbach, Jr.

Keith E. Patton
Schmidt & Clark
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219

William N. Riley
Christopher A. Moeller
Joseph N. Williams
Price Waicukauski & Riley
301 Massachusetts Avenue
Indianapolis, Indiana 46204

Counsel for Plaintiff Eric K. Botsch

William J. Harte
William J. Harte, Ltd.
111 West Washington Street, Suite 1100
Chicago, Illinois 60602

Counsel for Plaintiff Samantha Ford

K. Bryan Ernstberger
Gregory, Easley & Ernestberger
204 South 66 Street
Murray, KY 42071

Counsel for Plaintiff Marilyn W. Walker