UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Aqua Dots Products Liability Litigation

                                Plaintiff,

v.                                                      Case No.: 1:08−cv−02364
                                                         Honorable David H. Coar

Spin Master, Ltd., et al.

                                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to all discovery motions and all discovery disputes for the MDL 1940, master docket # 08 C 2364, (including #s 07C6387 and 08C804).(pm, )Mailed notice.

Dated: May 19, 2008

                                                                     /s/ David H. Coar

                                                        United States District Judge