UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Aqua Dots Products Liability Litigation, et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−02364
                                                    Honorable David H. Coar
Spin Master, Ltd., et al.
                                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

    MINUTE entry before the Honorable Susan E. Cox: Status hearing held. The parties were reminded of the discovery deadline of 7/31/09 set by Judge Coar. The parties were advised to review this Court's standing order regarding discovery disputes and the requirement that they have a serious meet and confer before discovery motions are filed. Please bring discovery disputes to the Court's attention as soon as possible. Status hearing set for 7/28/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.