AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

In re: Aqua Dots Products Liability Litigation

CASE NUMBER: 1:08-cv-02364

V.

ASSIGNED JUDGE: Hon. David H. Coar

DESIGNATED MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

Wal-Mart Stores, Inc.
c/o C.T. Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ben Barnow
Barnow and Associates, P.C.
One North LaSalle Street
Suite 4600
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*[signature]* Esperanza Arnold
(By) DEPUTY CLERK

JUN 13 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>June 13, 2008 |
| NAME OF SERVER (PRINT)<br>Blake A. Strautins | TITLE<br>Associate, Barnow and Associates, P.C. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Summons and Complaint on Dawn Schulz of C.T. Corporation Systems, registered agent for Wal-Mart Stores, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/08
*Date*

*Signature of Server*

Address of Server: 1 N. LaSalle Street, Suite 4600, Chicago, IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.