**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION** | Case No. 08 CV 2364<br><br>**THE HONORABLE DAVID H. COAR**<br>**MAGISTRATE JUDGE SUSAN E. COX** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 26, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the UNOPPOSED MOTION OF SPIN MASTER LTD., SPIN MASTER, INC. AND TARGET CORPORATION FOR LEAVE TO FILE OVERSIZED MEMORANDUM.

Respectfully submitted,

SPIN MASTER LTD., SPIN
MASTER, INC. AND TARGET
CORPORATION

By:  /s/ Thomas J. Wiegand_____
      One of their attorneys

Ronald Y. Rothstein
Thomas J. Wiegand (twiegand@winston.com)
Bryna J. Dahlin
Joann E. Clarke-Sayer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
Telephone (312) 558-5600
Facsimile (312) 558-5700

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on June 23, 2008, I filed the above and foregoing with the Court's ECF system and by doing so served a copy on all the parties.

                                        /s/ Thomas J. Wiegand
                                        ATTORNEY FOR SPIN MASTER LTD.,
                                        SPIN MASTER, INC. AND TARGET
                                        CORPORATION