IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Lead Case No. 1:08-cv-2364 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge David H. Coar |
| | Magistrate Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 26, 2008 at 9:00 A.M. we shall appear before the Hon. David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present the MOTION OF MOOSE ENTERPRISES PTY LTD. FOR LEAVE TO FILE OVERSIZED MEMORANDUM.

Respectfully submitted,

MOOSE ENTERPRISE PTY LTD.

By: _____
CLINTON & CLINTON
David A. Clinton (CA Bar No. 150107)
Dana M. Gilreath (CA Bar No. 227745)
100 Oceangate, 14th Floor
Long Beach, California 90802
Tel. (562) 216-5000
Fax (562) 216-5001

ATTORNEY IN CHARGE FOR
DEFENDANT, MOOSE ENTERPRISE
PTY LTD.

## CERTIFICATE OF SERVICE

I, Catherine M. Cruz, certify that on June 23, 2008 I sent a copy of the attached **NOTICE OF MOTION** to all parties on the Panel Attorney Service List via e-mail to the addresses listed below.

_____
CATHERINE CRUZ

| | |
|---|---|
| Ben Bornow, Esq.<br>**BARNOW & ASSOCIATES PC**<br>b.barnow@barnowlaw.com<br><br>*Attorney for Plaintiff, Robyn Williams* | Jack Reise, Esq.<br>**COUGHLIN, STOIA, GELLER, RUDMAN & ROBINS, LLP.**<br>jreise@csgrr.com<br><br>*Attorney for Plaintiff, Sara Bertanowski, Simon Beranowski and Anthony B. White* |
| Mila F. Bartos, Esq.<br>**FINKELSTEIN THOMPSON, LLP.**<br>mthompson@finkelsteinthompson.com<br><br>*Attorney for Plaintiff, Sandra Irene Soderstedt* | William N. Riley, Esq.<br>**PRICE, WAICUKAUSKI & RILEY, LLC.**<br>wriley@price-law.com<br><br>*Attorney for Plaintiff, Eric K. Botsch* |
| Laurence King, Esq.<br>**KAPLAN, FOX & KILSHEIMER, LLP.**<br>lking@kaplanfox.com<br><br>*Attorney for Plaintiff, Kim A. Cosgrove* | James Alex Streett, Esq.<br>**STREETT LAW FIRM**<br>James@streettlaw.com<br><br>*Attorney for Plaintiff, Fonald C. Erbach, Jr. and Stephanie S. Streett* |
| Ralph K. Phalen, Esq.<br>phalenlaw@comcast.com<br><br>*Attorney for Plaintiff, Michael J. Burgess* | Thomas J. Wiegand, Esq.<br>**WIEGAND, WINSTON & STRAWN, LLP**<br>twiegand@winston.com<br><br>*Attorney for Defendant, Spin Master, Ltd., Spin Master, Inc. and Target Corporation* |