**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Aqua Dots Products Liability Litigation, et al.

                                              Plaintiff,

v.                                                       Case No.: 1:08–cv–02364
                                                        Honorable David H. Coar

Spin Master, Ltd., et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion for leave to file excess pages [24] ; Motion for leave to file [26] ; Motion for leave to file [27] are reset for presentment on 7/8/2008 at 09:00 AM. Parties should not appear on 6/26/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.