IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Lead Case No. 1:08-cv-2364 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge David H. Coar |
| | Magistrate Judge Susan E. Cox |

**DEFENDANT MOOSE ENTERPRISES PTY LTD.'S NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2) AND FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(b)(6)**

    1.    Defendant, Moose Enterprise Pty Ltd., moves for an order allowing its counsel of record, CLINTON & CLINTON, to enter an appearance on its behalf.

    2.    The grounds for this motion as follows: (1) the United States Federal Courts do not have personal jurisdiction over Moose Enterprises Pty Ltd., and Australian business entity with no minimum contacts with the United States; and (2) Plaintiffs have failed to state a claim upon which relief can be granted against Moose Enterprises Pty Ltd.

    3.    This motion is based on the pleadings and papers on file in this case, the attached memorandum of points and authorities, the accompany Affidavit of Manny Stul, and the accompanying Notice of Lodgment.

## NOTICE OF HEARING

     Please take notice that Defendant, Moose Enterprise Pty Ltd., will bring this motion for hearing before this Court on August 15, 2008, at 9:00 a.m., in the United States District Court for the Northern District of Illinois before the Honorable David H. Coar in Courtroom 1419.

Dated: June 27, 2008                    Respectfully submitted,

                                          MOOSE ENTERPRISE PTY LTD.

                                          By: _____
                                          CLINTON & CLINTON
                                          David A. Clinton (CA Bar No. 150107)
                                          Dana M. Gilreath (CA Bar No. 227745)
                                          100 Oceangate, 14th Floor
                                          Long Beach, California 90802
                                          Tel. (562) 216-5000
                                          Fax (562) 216-5001

                                          ATTORNEY IN CHARGE FOR
                                          DEFENDANT, MOOSE ENTERPRISE
                                          PTY LTD.

## CERTIFICATE OF SERVICE

I, Catherine M. Cruz, certify that on June 26, 2008 I sent a copy of the attached **DEFENDANT MOOSE ENTERPRISES PTY LTD.'S NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FRCP 12(b)(2) AND FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(b)(6)** to all parties on the Panel Attorney Service List via e-mail to the addresses listed below.

_____
CATHERINE CRUZ

| | |
|---|---|
| Ben Bornow, Esq.<br>**BARNOW & ASSOCIATES PC**<br>b.barnow@barnowlaw.com<br><br>_Attorney for Plaintiff, Robyn Williams_ | Jack Reise, Esq.<br>**COUGHLIN, STOIA, GELLER, RUDMAN & ROBINS, LLP.**<br>jreise@csgrr.com<br><br>_Attorney for Plaintiff, Sara Bertanowski, Simon Beranowski and Anthony B. White_ |
| Mila F. Bartos, Esq.<br>**FINKELSTEIN THOMPSON, LLP.**<br>mthompson@finkelsteinthompson.com<br><br>_Attorney for Plaintiff, Sandra Irene Soderstedt_ | William N. Riley, Esq.<br>**PRICE, WAICUKAUSKI & RILEY, LLC.**<br>wriley@price-law.com<br><br>_Attorney for Plaintiff, Eric K. Botsch_ |
| Laurence King, Esq.<br>**KAPLAN, FOX & KILSHEIMER, LLP.**<br>lking@kaplanfox.com<br><br>_Attorney for Plaintiff, Kim A. Cosgrove_ | James Alex Streett, Esq.<br>**STREETT LAW FIRM**<br>James@streettlaw.com<br><br>_Attorney for Plaintiff, Fonald C. Erbach, Jr. and Stephanie S. Streett_ |
| Ralph K. Phalen, Esq.<br>phalenlaw@comcast.com<br><br>_Attorney for Plaintiff, Michael J. Burgess_ | Thomas J. Wiegand, Esq.<br>**WIEGAND, WINSTON & STRAWN, LLP**<br>twiegand@winston.com<br><br>_Attorney for Defendant, Spin Master, Ltd., Spin Master, Inc. and Target Corporation_ |