(Revised 06/08)

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | In re Aqua Dots Products Liability Litigation | Plantiff(s) |
|---|---|---|
| | VS. | |
| | | Defendant(s) |

| Case Number: 08-CV-2364 | Judge: Hon. David Coar |
|---|---|

I, __Laurence D. King__ hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of __Plaintiff Kim A. Cosgrove__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 07-cv-3614 | Walton v. RC2, et al. | 08/28/07;granted 9/18 |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**   Yes ⦿    No ◯

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ⦿ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ⦿ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ⦿ |
| denied admission to the bar of any court? | Yes ○ | No ⦿ |
| held in contempt of court? | Yes ○ | No ⦿ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| July 16, 2008 | S/ Laurence D. King |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>King | First Name<br>Laurence | Middle Name/Initial<br>D. |
|---|---|---|---|
| Applicant's Law Firm | KAPLAN FOX & KILSHEIMER LLP | | |
| Applicant's Address | Street Address<br>350 Sansome Street | | Room/Suite Number<br>Suite 400 |
| | City<br>San Francisco | State<br>CA | ZIP Code<br>94104 | Work Phone Number<br>415-772-4700 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ATTACHMENT A

Bar of the State of California, 04/2000
Bar of the State of Connecticut, 12/1988
Bar of the State of New Jersey, 06/1993
Bar of the State of New York, 05/1989
Bar of the State of Pennsylvania, 06/1993
District of New Jersey, 06/1993
Eastern District of Pennsylvania, 06/1993
Southern District of New York, 03/1994
Eastern District of New York, 03/1994
Northern District of California, 2000
Central District of California, 2000
Southern District of California, 2000

# PROOF OF SERVICE

I, Kristen M. Weiland, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On July 16, 2008, I used the Northern District of Illinois' Electronic Case Filing System, with the ECF registered to Laurence D. King to file the following document(s):

> **MOTION FOR LEAVE TO APPEAR PRO HAC** (Laurence D. King)

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are:

> Ben Barnow  -b.barnow@barnowlaw.com; s.harris@barnowlaw.com
>
> Joanna E. Clarke-Sayer - jsayer@winston.com; ECF_CH@winston.com
>
> Rosalee B. Connell - rconnell@finkelsteinthompson.com
>
> Bryna Joyce Roth Dahlin - bdahlin@winston.com; ECF_CH@winston.com
>
> Dana Michele Gilreath - dgilreath@clinton-clinton.com
>
> Jack Reise - jreise@csgrr.com; e_file_fl@csgrr.com
>
> William N. Riley - wriley@price-law.com
>
> Aron David Robinson - adroblaw@aol.com
>
> Ronald Y Rothstein  - rrothstein@winston.com; mconroy@winston.com; ECF_CH@winston.com
>
> Thomas Joseph Wiegand - twiegand@winston.com; ECF_CH@winston.com

On this date, I served the below parties:

| | |
|---|---|
| Burton I Finkelstein<br>Mila F. Bartos<br>Tracy D. Rezvani<br>Karen J. Marcus<br>FINKELSTEIN, THOMPSON LLP<br>1050 30th Street, NW<br>Washington, DC 20007<br>Telephone: 202-337-8000<br>Facsimile: 202-337-8090<br>Email:<br>bfinkelstein@finkelsteinthompson.com<br>mbartos@finkelsteinthompson.com<br>trezvani@finkelsteinthompson.com<br>kmarcus@finkelsteinthompson.com | Rosemary M. Rivas<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, CA 94101<br>Telephone: 415-398-8700<br>Facsimile: 415-398-8704<br>Email: rrivas@finkelsteinthompson.com |
| Frederic S. Fox<br>Donnie Hall<br>KAPLAN FOX AND KILSHEIMER<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone: 212-687-1980<br>Facsimile: 212-687-7714<br>Email: ffox@kaplanfox.com<br>        dhall@kaplanfox.com | Paul J. Geller<br>Jack Reise<br>Stuart A. Davidson<br>James L. Davidson<br>Elizabeth A. Shonson<br>COUGHLIN STOIA GELLER RUDMAN<br>& ROBBINS LLP<br>120 East Palmetto Road, Suite 500<br>Boca Raton, FL 33432<br>Telephone: 561-750-3000<br>Facsimile: 561-750-3364<br>Email: PGeller@csgrr.com<br>        jreise@csgrr.com<br>        SDavidson@csgrr.com<br>        jdavidson@csgrr.com<br>        eshonson@csgrr.com |
| John J. Stoia, Jr.<br>Rachel L. Jensen<br>Thomas J. O'Reardon II<br>COUGHLIN STOIA GELLER RUDMAN<br>AND ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619-231-1058<br>Facsimile: 619-231-7423<br>Email: johns@csgrr.com<br>        rachelj@csgrr.com<br>        to'reardon@csgrr.com | Alex G. Streett<br>James A. Streett<br>STREETT LAW FIRM, PA<br>107 West Main<br>Russellville, AK 72811<br>Telephone: 479-968-2030<br>Facsimile: 479-968-6253 |

| | |
|---|---|
| Ralph K. Phalen<br>RALPH K. PHALEN, ATTORNEY AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, MO 64105<br>Telephone:  816-589 0753<br>Facsimile:  816- 471 1701 | Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Blvd, Suite B<br>Oak Park, IL 60301<br>Telephone:  708-776-5600<br>Facsimile:  708-776-5601<br>Email:  beth@hbsslaw.com |
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Telephone:  206-623-7292<br>Facsimile:  206-623-0594<br>Email:  steve@hbsslaw.com | William J. Harte<br>WILLIAM J. HARTE LTD.<br>111 West Washington Street, Suite 1100<br>Chicago, IL 60602<br>Telephone:  312-726-5015<br>Facsimile:  312-641-2455 |
| K. Bryan Ernstberger<br>GREGORY, EASLY & ERNSTBERGER<br>204 South 6th Street<br>Murray, KY 42071<br>Telephone:  270-753-2633<br>Facsimile:  270-753-1825 | Collen A. Clark<br>Keith E. Patton<br>SCHMIDT & CLARK<br>2911 Turtle Creek Blvd, Suite 1400<br>Dallas, TX 75219<br>Telephone:  214-521-4898<br>Facsimile:   214-521-9995 |
| David Spencer<br>MCGONAGLE SPENCER, P.C.<br>105 E. 5th Street, Suite 302<br>Kansas City, MO 64106<br>Telephone:  816-221-2222<br>Facsimile:   816-221-2245 | Scott R. Tack<br>ALLEN & TACK<br>P.O. Box 1409<br>210 W. Chickasha Avenue<br>Chickasha, OK 73018<br>Telephone:  405-224-3111<br>Facsimile:   405-224-8312 |
| Lance A. Harke, P.A.<br>Sarah Clasby Engel, P.A.<br>HARKE & CLASBY LLP<br>155 South Miami Avenue, Suite 600<br>Miami, FL 33130<br>Telephone:   305-536-8220<br>Facsimile:   305-536-8229 | Adam Balkan<br>John Patterson<br>BALKAN & PATTERSON, LLP<br>601 South Federal Highway, Suite 302<br>Boca Raton, FL 33432<br>Telephone:  561-750-9191<br>Facsimile:   561-750-1574 |
| Lori S. Brody<br>KAPLAN FOX & KILSHEIMER LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>Telephone:  310-785-0800<br>Facsimile:  310-785-0897 | John K Sherk<br>SHOOK, HARDY & BACON<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone:  816-474-6550<br>Facsimile   816-421-5547 |

____     (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX     (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

____     (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

____     (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed July 16, 2008, at San Francisco, California.

_____
Kristen M. Weiland