UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AQUA DOTS PRODUCTS LIABILITY LITIGATION | ) MDL No. 1940 )  ) Case Number 1:08-cv-02364 ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) Honorable David H. Coar )  ) X[1] - Hon. Magistrate Judge Susan E. Cox ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, at 9:30 A.M., we shall appear before the Honorable Susan E. Cox, Room 1342, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Plaintiffs' Motion to Compel Pursuant to Fed. R. Civ. P. Rule 37(a).

DATED: July 24, 2008                   Respectfully submitted,

                                       s/ Ben Barnow
                                       Ben Barnow
                                       Barnow and Associates, P.C.
                                       One North LaSalle Street, Suite 4600
                                       Chicago, IL 60602
                                       Telephone: (312) 621-2000
                                       Facsimile: (312) 641-5504

---

[1] The "X" indicates that the filing is intended for Magistrate Judge Cox.

-2-

**Certificate of Service By Electronic Means**

  I, Ben Barnow, hereby certify that Plaintiff's Notice of Motion was caused to be served electronically this 24 day of July, 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


                 /s/ Ben Barnow