# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aqua Dots Products Liability Litigation, et al.

                                                                   Plaintiff,

v.                                                                              Case No.: 1:08–cv–02364
                                                                               Honorable David H. Coar

Spin Master, Ltd., et al.

                                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Susan E. Cox: The time and date for presentment of Plaintiffs' motion to compel [46] set for Tuesday, July 29, at 9:30 a.m. is stricken. Motion hearing reset for Monday, July 28, 2008 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.