# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aqua Dots Products Liability Litigation, et al.

                      Plaintiff,

v.                                                  Case No.: 1:08–cv–02364
                                                  Honorable David H. Coar

Spin Master, Ltd., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Defendant Spin Master advised by the Court that its pending motion to dismiss does not affect its obligation to produce responsive discovery materials. Response to Plaintiffs' motion to compel [46] is due by 8/8/08. Motion hearing and ruling set for 8/15/08 at 9:45 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.