UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Case Number 1:08-cv-02364 |
| This Document Relates To: | Honorable David H. Coar |
| ALL ACTIONS. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Monday, August 18, 2008, at 9:00 A.M., we shall appear before the Honorable David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Plaintiffs' Unopposed Motion for Leave to File Oversized Memorandum and Motion for Leave to File Memorandum and Exhibits as Restricted Documents.

DATED:  August 8, 2008                Respectfully submitted,

                                       s/ Ben Barnow
                                      Ben Barnow
                                      Barnow and Associates, P.C.
                                      One North LaSalle Street, Suite 4600
                                      Chicago, IL 60602
                                      Telephone: (312) 621-2000
                                      Facsimile: (312) 641-5504

-2-

**Certificate of Service By Electronic Means**

    I, Ben Barnow, hereby certify that Plaintiff's Notice of Motion was caused to be served electronically this 8th day of August 2008, pursuant to ECF as to Filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


    /s/ Ben Barnow_____