UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re AQUA DOTS PRODUCTS LIABILITY LITIGATION )<br>) | MDL No. 1940<br>Case Number 1:08-cv-02364<br>Honorable David H. Coar |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) ) ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 18, 2008, at 9:00 a.m., we shall appear before the Honorable David H. Coar, Room 1419, United States District Court, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present Plaintiffs' Unopposed Motion for Leave to File Oversized Memorandum.

| | |
|---|---|
| DATED:  August 8, 2008 | Respectfully submitted, |

FINKELSTEIN THOMPSON LLP
BURTON H. FINKELSTEIN
MILA F. BARTOS
ROSALEE B. CONNELL


   s/ Rosalee B. Connell
         ROSALEE B. CONNELL

1050 30th Street, NW
Washington, D.C. 20007
Telephone: 202/337-8000
202/337-8090 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)


BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Telephone: (312) 621-2000
Facsimile: (312) 641-5504

- 1 -

        COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
        JACK REISE
        ELIZABETH A. SHONSON
        120 East Palmetto Park Road, Suite 500
        Boca Raton, FL  33432
        Telephone:  561/750-3000
        561/750-3364 (fax)

        BARNOW AND ASSOCIATES, P.C.
        BEN BARNOW
        One North LaSalle Street, Suite 4600
        Chicago, IL 60602
        Telephone: (312) 621-2000
        Facsimile: (312) 641-5504

        KAPLAN FOX & KILSHEIMER LLP
        FREDRIC S. FOX
        850 Third Avenue, 14th Floor
        New York, New York 10022
        Telephone:  212/687-1980
        212/687-7714 (fax)

        KAPLAN FOX & KILSHEIMER LLP
        LAURENCE D. KING
        350 Sansome Street, Suite 400
        San Francisco, CA  94104
        Telephone:  415/772-4700
        415/772-4707 (fax)

        Plaintiffs' Interim Co-Lead Class Counsel

C:\PROGRA~1\DocsCorp\PDFDOC~3\users\JuneI\Import\NOT 00053249.doc

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2008.

                                          s/ Rosalee B. Connell
                                          ROSALEE B. CONNELL

                                          FINKELSTEIN THOMPSON LLP
                                          1050 30th Street, NW
                                          Washington, D.C. 20007
                                          Telephone: 202/337-8000
                                          202/337-8090 (fax)

                                          E-mail:  rconnell@finkelsteinthompson.com

# Mailing Information for a Case 1:08-cv-02364

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ben Barnow**
  b.barnow@barnowlaw.com,s.harris@barnowlaw.com

- **Joanna E. Clarke-Sayer**
  jsayer@winston.com,ECF_CH@winston.com

- **Rosalee B. Connell**
  rconnell@finkelsteinthompson.com

- **Bryna Joyce Roth Dahlin**
  bdahlin@winston.com,ECF_CH@winston.com

- **Dana Michele Gilreath**
  dgilreath@clinton-clinton.com

- **Laurence David King**
  kweiland@kaplanfox.com,agutierrez@kaplanfox.com,lking@kaplanfox.com

- **Jack Reise**
  jreise@csgrr.com,e_file_fl@csgrr.com

- **William N. Riley**
  wriley@price-law.com

- **Aron David Robinson**
  adroblaw@aol.com

- **Ronald Y Rothstein**
  rrothstein@winston.com,mconroy@winston.com,ECF_CH@winston.com

- **Thomas Joseph Wiegand**
  twiegand@winston.com,ECF_CH@winston.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Mila F. Bartos
Finkelstein, Thompson & Loughran
```

1050 30th Street, NW
Washington, DC 20007

**Burton I Finkelstein**
Finkelstein, Thompson & Lougran
1050 30th Street, NW
Washington, DC 20007

**Frederic S. Fox**
Kaplan Fox and Kilsheimer
850 Third Avenue
14th Floor
New York, NY 10022

**Ralph K. Phalen**
Ralph K. Phalen, Attorney At Law
1000 Broadway
Suite 400
Kansas City, MO 64105

**John K Sherk**
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613

**John J. Stoia**                                                              **, Jr**
Coughlin  Stoia Geller Rudman and Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

**James A. Streett**
Streett Law Firm, PA
107 West Main
Russellville, AK 72811