**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Aqua Dots Products Liability Litigation, et al.
                                          Plaintiff,

v.                                                        Case No.: 1:08−cv−02364
                                                         Honorable David H. Coar

Spin Master, Ltd., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable David H. Coar:Plaintiffs' unopposed Motion for leave to file oversized memorandum [55] is granted. Plaintiffs are given leave to file an oversized memorandum in opposition toDefendants Spin Master Ltd., Spin Master, Inc., Target Corporation, Wal−Mart Stores East, LP, andToys R UsDelaware, Inc.s Motion to Dismiss Plaintiffs Consolidated Class Action Complaint.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.