## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aqua Dots Products Liability Litigation, et al.

                              Plaintiff,

v.                                                            Case No.: 1:08−cv−02364

                                                                Honorable David H. Coar

Spin Master, Ltd., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable David H. Coar:MOTION by In Re Aqua Dots Products Liability Litigation for leave to file excess pages in Opposition to Moose Enterprise PTY LTD's Motion to Dismiss [53] is granted, the movant shall e−file the opposition by 8/13/2008. Parties need not appear on the noticed motion date of 8/18/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.