# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aqua Dots Products Liability Litigation, et al.

                                  Plaintiff,

v.                                            Case No.: 1:08–cv–02364
                                            Honorable David H. Coar

Spin Master, Ltd., et al.

                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Motion hearing held. Plaintiffs' motion to compel [46] is entered and continued to 8/29/08 at 9:30 a.m. Mailed notice(vkd, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.