UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re AQUA DOTS PRODUCTS LIABILITY LITIGATION | ) MDL No. 1940 |
| | ) |
| | ) Case Number 1:08-cv-02364 |
| | ) |
| This Document Relates To: | ) Honorable David H. Coar |
| | ) |
| ALL ACTIONS. | ) X -  Hon. Magistrate Judge Susan E. Cox |
| | ) |

**Notice of Change of Firm Address**

Please be advised that the address of the Law Office of Aron D. Robinson has changed:

The new address is:

Law Office of Aron D. Robinson
19 S. LaSalle St.
Suite 1200
Chicago, IL 60603

Note only the suite number has changed from 1300 to 1200. All other information (Phone fax and e-mail) remain the same.  Please mark your files and service lists accordingly.

_____
Aron Robinson

Aron D. Robinson
Law Office of Aron D. Robinson

19 South LaSalle, Suite 1200
Chicago, IL 60603
(312) 857-9050
Firm No. 35546

**Certificate of Service by Electronic Means**

I, Aron Robinson, hereby certify that  my Notice of Change of Firm Address was caused to be served electronically this 18th day of August, 2007 pursuant to ECF as to filing users and I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.


/s/ Aron Robinson