IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AQUA DOTS PRODUCTS LIABILITY LITIGATION | MDL No. 1940 |
| | Case Number 1:08-cv-02364 |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | Honorable David H. Coar |
| | Honorable Susan E. Cox |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS
EHRBACH, STREETT AND BURGESS**

PLEASE TAKE NOTICE that plaintiffs Donald C. Erbach, Jr., Stephanie S. Streett and Michael Burgess hereby withdraw as named plaintiffs and proposed class representatives in this consolidated action, without prejudice to their rights as members of any class or classes that may be certified.

DATED:  August  22, 2008                                        KAPLAN FOX & KILSHEIMER LLP

                /s/ Laurence D. King
Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile:  415-772-4707
Email:  lking@kaplanfox.com
        lfong@kaplanfox.com

Frederic S. Fox
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, New York 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
Email:  ffox@kaplanfox.com

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, Illinois 60602
Telephone:  312-621-2000
Facsimile:  312-641-5504
Email:  b.barnow@barnowlaw.com

1

John J. Stoia, Jr.
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone:  619-231-1058
Facsimile:  619-231-7423
Email:  johns@csgrr.com

Burton H. Finkelstein
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone:  202-337-8000
Facsimile:  202-337-8090
Email:  bfinkelstein@finkelsteinthompson.com

*Plaintiffs' Interim Co-Lead Class Counsel*

**Additional Plaintiffs' Counsel**

Aron D. Robinson
THE LAW OFFICE OF ARON D. ROBINSON
19 South LaSalle Street, Suite 1300
Chicago, Illinois 60603
Telephone:  312-857-9050
Facsimile:  312-857-9054

*Counsel for Plaintiff Robyn Williams*

Lance A. Harke, P.A.
Sara Clasby Engel, P.A.
HARKE & CLASBY LLP
155 South Miami Avenue, Suite 600
Miami, Florida 33130
Telephone:  305-536-8220
Facsimile:   305-536-8229

*Counsel for Plaintiff Robyn Williams*

Scott R. Tack
ALLEN ALLEN & TACK
P.O. Box 1409
210 Chickasha Avenue
Chickasha, Oklahoma 73023
Telephone:  405-224-3111
Facsimile:  405-224-8312

*Counsel for Plaintiff Robyn Williams*

K. Bryan Ernstberger
GREGORY, EASLEY & ERNESTBERGER
204 South 6th Street
Murray, Kentucky 42071
Telephone:  270-753-2633
Facsimile:  270-753-1825

*Counsel for Plaintiff Marilyn W. Walker*

| | |
|---|---|
| Alex G. Streett<br>James A. Streett<br>STREETT LAW FIRM, P.A.<br>107 West Main<br>Russellville, Arkansas 72811<br>Telephone:  479-968-2030<br>Facsimile:  479-968-6253<br><br>*Counsel for Plaintiffs Donald C. Erbach, Jr.*<br>*and Stephanie S. Streett* | Rosemary M. Rivas<br>Mark Punzalan<br>FINKELSTEIN THOMPSON LLP<br>100 Bush Street, Suite 1450<br>San Francisco, California 94101<br>Telephone: 415-398-8700<br>Facsimile: 415-398-8704<br><br>*Counsel for Plaintiffs Sandra I. Soderstedt and*<br>*Samantha Ford* |
| Mila F. Bartos<br>Tracy Rezvani<br>Karen J. Marcus<br>Rosalee B. Connell<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, NW<br>Washington, D.C. 20007<br>Telephone: 202-337-8000<br>Facsimile: 202-337-8090<br><br>*Counsel for Plaintiffs Sandra I. Soderstedt and*<br>*Samantha Ford* | Laurence D. King<br>Linda M. Fong<br>KAPLAN FOX & KILSHEIMER LLP<br>350 Sansome Street, Suite 400<br>San Francisco, California 94104<br>Telephone: 415-772-4700<br>Facsimile:  415-772-4707<br><br>*Counsel for Plaintiff Kim A. Cosgrove* |
| Lori S. Brody<br>KAPLAN FOX & KILSHEIMER LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, California 90067<br>Telephone:  310-785-0800<br>Facsimile:  310-785-0897<br><br>*Counsel for Plaintiff Kim A. Cosgrove* | Elizabeth A. Fegan<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>820 North Boulevard, Suite B<br>Oak Park, Illinois 60301<br>Telephone:  708-776-5600<br>Facsimile:   708-776-5601<br><br>*Counsel for Plaintiff Kim A. Cosgrove* |

| | |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, Washington 98101<br>Telephone:  206-623-7292<br>Facsimile:   206-623-0594<br><br>*Counsel for Plaintiff Kim A. Cosgrove* | Paul J. Geller<br>Jack Reise<br>Stuart A. Davidson<br>James A. Davidson<br>Elizabeth A. Shonson<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432-4809<br>Telephone:  561-750-3000<br>Facsimile:   561-750-3364<br><br>*Counsel for Plaintiffs Simon Bertanowski,*<br>*Sarah Bertanowski; and Anthony B. White* |
| John J. Stoia, Jr.<br>Rachel L. Jensen<br>COUGHLIN STOIA GELLER RUDMAN &<br>ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone:  619-231-1058<br>Facsimile:  619-231-7423<br><br>*Counsel for Plaintiffs Simon Bertanowski,*<br>*Sarah Bertanowski; and Anthony B. White* | Adam Balkan<br>John Patterson<br>BALKAN & PATTERSON, LLP<br>601 South Federal Highway, Suite 302<br>Boca Raton, Florida 33432<br>Telephone:  561-750-9191<br>Facsimile:   561-750-1574<br><br>*Counsel for Plaintiffs Simon Bertanowski,*<br>*Sarah Bertanowski; and Anthony B. White* |
| Ralph K. Phalen<br>RALPH K. PHALEN ATTY. AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, Missouri 64105<br>Telephone:  816-531-0033<br>Facsimile:  816-531-3322<br><br>*Counsel for Plaintiff Michael J. Burgess* | David Spencer<br>McCONAGLE SPENCER, P.C.<br>105 East 5th Street, Suite 302<br>Kansas City, Missouri 64106<br>Telephone:  816-221-2222<br>Facsimile:  816-221-2245<br><br>*Counsel for Plaintiff Michael J. Burgess* |

| | |
|---|---|
| Keith E. Patton<br>SCHMIDT & CLARK<br>2911 Turtle Creek Blvd., Suite 1400<br>Dallas, Texas 75219<br>Telephone:  214-521-4898<br>Facsimile:  214-521-9995<br><br>*Counsel for Plaintiff Eric K. Botsch* | William N. Riley<br>Christopher A. Moeller<br>Joseph N. Williams<br>PRICE WAICUKAUSKI & RILEY<br>301 Massachusetts Avenue<br>Indianapolis, Indiana 46204<br>Telephone:  317-633-8787<br>Facsimile:  317-633-8797<br><br>*Counsel for Plaintiff Eric K. Botsch* |

**PROOF OF SERVICE**

I, Adrianna D. Gutierrez, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, Suite 400, San Francisco, California 94104.

On August 22, 2008, I used the Northern District of Illinois' Electronic Case Filing System, with the ECF registered to Laurence D. King to file the following document(s):

**NOTICE OF WITHDRAWAL OF PLAINTIFFS
EHRBACH, STREETT AND BURGESS**

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are:

  Ben Barnow - b.barnow@barnowlaw.com; s.harris@barnowlaw.com

  Joanna E. Clarke-Sayer - jsayer@winston.com; ECF_CH@winston.com

  Rosalee B. Connell - rconnell@finkelsteinthompson.com

  Bryna Joyce Roth Dahlin - bdahlin@winston.com; ,ECF_CH@winston.com

  Linda M. Fong - lfong@kaplanfox.com; kweiland@kaplanfox.com
  agutierrez@kaplanfox.com

  Dana Michele Gilreath - dgilreath@clinton-clinton.com

  Laurence David King - lking@kaplanfox.com; kweiland@kaplanfox.com
  agutierrez@kaplanfox.com

  Jack Reise - jreise@csgrr.com; e_file_fl@csgrr.com

  William N. Riley - wriley@price-law.com

  Aron David Robinson - adroblaw@aol.com

  Ronald Y Rothstein - rrothstein@winston.com; mconroy@winston.com
  ECF_CH@winston.com

  Thomas Joseph Wiegand - twiegand@winston.com; ECF_CH@winston.com

6

On this date, I served the below parties:

| | |
|---|---|
| Frederic S. Fox<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:  212-687-1980<br>Facsimile:  212-687-7714 | Ralph K. Phalen<br>RALPH K. PHALEN ATTY. AT LAW<br>1000 Broadway, Suite 400<br>Kansas City, Missouri 64105<br>Telephone:  816-531-0033<br>Facsimile:  816-531-3322 |
| Alex G. Streett<br>James A. Streett<br>STREETT LAW FIRM, P.A.<br>107 West Main<br>Russellville, Arkansas 72811<br>Telephone:  479-968-2030<br>Facsimile:  479-968-6253 | Mila F. Bartos<br>Tracy Rezvani<br>Karen J. Marcus<br>Rosalee B. Connell<br>FINKELSTEIN THOMPSON LLP<br>1050 30th Street, NW<br>Washington, D.C. 20007<br>Telephone: 202-337-8000<br>Facsimile: 202-337-8090 |
| John J. Stoia, Jr.<br>Rachel L. Jensen<br>COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101 | John K Sherk<br>SHOOK, HARDY & BACON<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613 |

   (BY FACSIMILE) I sent such document from facsimile machine on the above date.  I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

   (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

___     (ELECTRONIC SERIVCE)  I caused email delivery of the document(s) listed above the person(s) at the address(es) set forth above.

___     (PERSONAL SERVICE)  I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

XXX    (BY OVERNIGHT DELIVERY)  I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP.  I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed August 22, 2008, at San Francisco, California.

                                             _____
                                                   Adrianna D. Gutierrez