# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Aqua Dots Products Liability Litigation, et al.

                                   Plaintiff,

v.                                                  Case No.: 1:08–cv–02364
                                                 Honorable David H. Coar

Spin Master, Ltd., et al.

                                   Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Susan E. Cox: On the Court's own motion, hearing on Plaintiffs' motion to compel [46] set for 8/29/08 at 9:30 a.m. is stricken. Motion hearing set for 9/3/08 at 9:30 a.m. Mailed notice(vkd, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.